**COPY**

1  Alan E. Kassan, Esq. Bar No. 113864
    E-Mail: akassan@kantorlaw.net
2  Peter S. Sessions, Esq Bar No. 193301
    E-Mail: psessions@kantorlaw.net
3  KANTOR& KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Attorneys for Plaintiff,
5  Young-Ah Everson

6

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA- San Francisco

10

11  Young-Ah Everson,                    )  CASE NO:
                                         )
12                                       )
            Plaintiff,                   )  NOTICE OF INTERESTED
13                                       )  PARTIES
       vs.                               )
14                                       )
    HARTFORD LIFE AND ACCIDENT           )
15  INSURANCE COMPANY; GROUP             )
    LIFE AND SUPPLEMENTAL LIFE           )
16  PLAN FOR EMPLOYEES OF                )
    SWISSPORT NORTH AMERICA,             )
17  INC.; and SWISSPORT NORTH            )
    AMERICA, INC.,                       )
18                                       )
            Defendants.                  )
19  _____ )

20

21        The undersigned, counsel of record for Plaintiff, Young-Ah Everson, certifies

22  that the following listed party has a direct, pecuniary interest in the outcome of this

23  case.   These representations are made to enable the Court to evaluate possible

24  disqualification or recusal.

25        The following is a list of the names of all such parties with their connection and

26  interest herein:

27        1.    Young-Ah Everson;

28        2.    Hartford Life and Accident Insurance Company;

1        3.      Group Life and Supplemental Life Plan for Employees of Swissport

2                North America. Inc.; and

3        4.      Swissport North America, Inc.

4

5    DATED: June 19, 2008                          KANTOR & KANTOR, LLP

6

7                                        By:

8                                                Alan E. Kassan
                                                 Attorneys for Plaintiff,
9                                                Young-Ah Everson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28