```
 1  RODI POLLOCK PETTKER CHRISTIAN
    & PRAMOV, A Law Corporation
 2  PATRICK J. CAIN (SBN 105331)
        pjc@rodipollock.com
 3  444 South Flower Street, Suite 1700
    Los Angeles, California  90071-2901
 4  Telephone: (213) 895-4900
    Facsimile: (213) 895-4921
 5
    Attorneys for Defendants GROUP LIFE
 6  AND SUPPLEMENTAL LIFE PLAN FOR
    EMPLOYEES OF SWISPORT NORTH
 7  AMERICA, INC., and SWISSPORT NORTH
    AMERICA, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Young-Ah Everson,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LIFE AND SUPPLEMENTAL LIFE PLAN FOR EMPLOYEES OF SWISSPORT NORTH AMERICA, INC.; and SWISPORT NORTH AMERICA, INC.,<br><br>    Defendants. | CASE NO. CV 08-3037 JL<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>Civil L.R. 3-16 |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report

///
///
///
///
///
///

| | |
|---|---|
| 1  DATED: July 23, 2008 | RODI POLLOCK PETTKER CHRISTIAN & PRAMOV, A Law Corporation |
| 2 | |
| 3 | |
| 4 | By: _/s/ Patrick J. Cain_ |
|   | PATRICK J. CAIN |
| 5 | Attorneys for Defendants GROUP LIFE AND SUPPLEMENTAL LIFE PLAN FOR EMPLOYEES OF SWISPORT NORTH AMERICA, INC., and SWISSPORT NORTH AMERICA, INC. |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, California 90071-2901.

On July___, 2008, I served the following document(s) described as **CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action as follows:

Alan E. Kassan, Esq.
E-Mail: akassan@kantorlaw.net
Peter S. Sessions, Esq.
E-Mail: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Rodi Pollock Pettker Christian & Pramov's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July___, 2008, at Los Angeles, California.



Lupe Dominguez

333938.1