1  Alan E. Kassan, Esq. Bar No. 113864
   E-Mail: akassan@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone #: (818) 886-2525
4  Facsimile #: (818) 350-6272
   Attorneys for Plaintiff
5  Young-Ah Everson

6  Thomas K. Hockel, Esq. Bar No. 172367
   E-Mail: thockel@khklaw.com
7  KELLY HOCKEL & KLEIN, PC
   44 Montgomery Street, Suite 2500
8  San Francisco, CA 94104-4798
   Telephone #: (415) 951-0535
9  Facsimile #:   (415) 391-7808
   Attorneys for Defendant
10 Hartford Life and Accident Insurance Company

11 Patrick J. Cain, Esq. Bar No. 105331
   E-Mail: pjc@rodipollock.com
12 RODI POLLOCK PETTKER CHRISTIAN & PRAMOV
   444 South Flower Street, Suite 1700
13 Los Angeles, CA 90071-2901
   Telephone #: (213) 895-4900
14 Facsimile #:   (213) 895-4921
   Attorneys for Defendants, Group Life and Supplemental Life
15 Plan for Employees of Swissport North America, Inc. and
   Swissport North America, Inc.

16

17                     UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA - San Francisco

19 Young-Ah Everson,                )  CASE NO: CV08-3037 JL
                                    )
20                                  )  [*Honorable James Larson*]
                 Plaintiff,         )
21                                  )
          vs.                       )
22                                  )  JOINT STIPULATION OF
                                    )  COUNSEL TO CONTINUE THE
23 HARTFORD LIFE AND ACCIDENT       )  OCTOBER 8, 2008 CASE
   INSURANCE COMPANY; GROUP         )  MANAGEMENT CONFERENCE;
   LIFE AND SUPPLEMENTAL LIFE       )  [PROPOSED] ORDER
24 PLAN FOR EMPLOYEES OF            )
   SWISSPORT NORTH AMERICA,         )
25 INC.; and SWISSPORT NORTH        )  DATE: October 8, 2008
   AMERICA, INC.,                   )  TIME: 10:30 a.m.
26                                  )  CTRM: F
                 Defendants.        )
27 _____)
                                       [Complaint Filed: June 20, 2008]
28

- 1 -

1    Plaintiff Young-Ah Everson and Defendants Hartford Life and Accident
2 Insurance Company; Group Life and Supplemental Life Plan for Employees of
3 Swissport North America, Inc.; and Swissport North America, Inc., by and through
4 their respective counsel of record, hereby stipulate and respectfully request that the
5 Case Management Conference currently set for October 8, 2008 at 10:30 a.m.,
6 before Honorable James Larson be continued for 30 days on a date and time that is
7 convenient to the Court.

9    Good cause exists to grant the parties' request for a continuance based on the
10 following ground:

12    The parties have reached a settlement and are working on the finalization of
13 the settlement agreement. The parties anticipate the settlement agreement to be
14 finalized shortly.

16    For the stated reason above, it is respectfully requested and it is hereby
17 stipulated and agreed by and between the parties and their respective counsel, that
18 the Court permit and enter an Order that the Case Management Conference
19 currently set for October 8, 2008 at 10:30 a.m. be continued 30 days on a date and
20 time that is convenient to the Court.

22 DATED: October 6, 2008         KANTOR & KANTOR, LLP

                                  By:  */s/ Alan E. Kassan*
                                       Alan E. Kassan
                                       Attorneys for Plaintiff
                                       Young-Ah Everson

- 2 -

| | | |
|---|---|---|
| 1 | DATED: October 6, 2008 | KELLY HOCKEL & KLEIN, P.C. |

By: <u>/s/ Thomas K. Hockel</u> (as authorized on 10/06/08)

Thomas K. Hockel
Attorneys for Defendant
Hartford Life and Accident Insurance Company

DATED: October 6, 2008                RODI POLLOCK PETTKER CHRISTIAN & PRAMOV

By: <u>/s/  Patrick J. Cain</u> (as authorized on 10/06-08)
Patrick J. Cain
Attorneys for Defendants
Group Life and Supplemental Life Plan for Employees of Swissport North America, Inc. and Swissport North America, Inc.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Case Management Conference on October 8, 2008, in the above entitled case has been continued to November 12, 2008 at 10:30 a.m., in Courtroom F.

Dated: October 7, 2008                 _____
                                                                Honorable James Larson

- 3 -