1 Alan E. Kassan, Esq. Bar No. 113864
E-Mail: akassan@kantorlaw.net
2 KANTOR & KANTOR, LLP
19839 Nordhoff Street
3 Northridge, CA 91324
Telephone #: (818) 886-2525
4 Facsimile #: (818) 350-6272
Attorneys for Plaintiff,
5 Young-Ah Everson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco

| | |
|---|---|
| Young-Ah Everson, | CASE NO: CV08-3037 JL |
| Plaintiff, | [*Honorable James Larson*] |
| vs. | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LIFE AND SUPPLEMENTAL LIFE PLAN FOR EMPLOYEES OF SWISSPORT NORTH AMERICA, INC.; and SWISSPORT NORTH AMERICA, INC., | [Complaint Filed: June 20, 2008] |
| Defendants. | |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs, except as may have been separately agreed to by the parties.

Dated: November 10, 2008

_____
The Honorable James Larson
United States District Court Judge

i